

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00031-CR

| | | |
|---|---|---|
| DAVID RIOS, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1672755D) |
| V. | § | November 30, 2023 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that Rios pleaded "not true." Further, although the trial court's judgment states that the trial court found allegations 1–6 and 7(a) true, the record reflects that the trial court found allegations 1–6, 7(b), and 7(c)—but not 7(a)—true, we likewise correct this portion of the judgment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
  Chief Justice Bonnie Sudderth